1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RONALD MOORE,                                  ) No. 1:12-CV-00655-LJO-MJS
12 |                                                )
   |         Plaintiff,                             ) **STIPULATION FOR DISMISSAL OF**
13 |    vs.                                         ) **ACTION; ORDER**
14 |                                                )
15 | VILLA MART, INC.; KEUM SOOK LEE and            )
   | KI HONG LEE dba VILLA FOOD MART,               )
16 |                                                )
17 |         Defendants.                            )

18
19      IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants
20 Villa Mart, Inc., Keum Sook Lee and Ki Hong Lee dba Villa Food Mart ("Defendants"), the
21 parties to this action, by and through their respective counsel, that pursuant to Federal Rule of
22 Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its
23 entirety.

24 Date: June 22, 2012                              MOORE LAW FIRM, P.C.
25
26                                                  /s/Tanya E. Moore
27                                                  Tanya E. Moore
                                                    Attorney for Plaintiff Ronald Moore
28 ///

*Moore v. Villa Mart, Inc., et al.*
Stipulation for Dismissal; [Proposed Order]
                              Page 1

1 | Date: June 22, 2012                                    HELON & MANFREDO LLP

/s/ Donald R. Forbes
Donald R. Forbes
Attorneys for Defendants Villa Mart, Inc.,
Keum Sook Lee and Ki Hong Lee dba Villa
Food Mart

## **ORDER**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **June 22, 2012**                              **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE

*Moore v. Villa Mart, Inc., et al.*
Stipulation for Dismissal; [Proposed Order]
                                        Page 2